WILLIAM E. RIDGWAY (SBN 247529)
william.ridgway@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
320 S. Canal St
Chicago, IL 60606-5707
Telephone:  (312) 407-0700

MICHAEL W. McTIGUE JR. (*Of Counsel*)
michael.mctigue@skadden.com
MEREDITH C. SLAWE (*Of Counsel*)
meredith.slawe@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

Attorneys for Defendant
TransUnion LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIEB MILTON, MICHELLE GARZA, and ADRIANA WINKLER, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALESFORCE, INC., TRANSUNION LLC, QANTAS AIRWAYS LTD., and LOUIS VUITTON NORTH AMERICA, INC.,<br><br>Defendants. | CASE NO.: 4:25-cv-09781-HSG<br><br>**STIPULATION AND ORDER STAYING PROCEEDINGS PURSUANT TO CIVIL L.R. 6-2**<br><br>Complaint filed on November 13, 2025 |

1    Pursuant to Civil Local Rule 6-2, Plaintiffs Sieb Milton, Michelle Garza, and Adriana
2 Winkler ("Plaintiffs") and Defendant TransUnion LLC ("TransUnion") hereby stipulate as follows:
3    WHEREAS, Plaintiffs filed a class action complaint ("Complaint") against TransUnion on
4 November 13, 2025.
5    WHEREAS, TransUnion executed a waiver of the service of summons on November 17,
6 2025, and TransUnion's deadline to respond to the Complaint is January 16, 2026.
7    WHEREAS, the Initial Case Management Conference was set for February 19, 2026 at 10:00
8 a.m. and Joint Case Management Statement due February 12, 2026.
9    WHEREAS, on October 3, 2025, TransUnion filed a Motion for Transfer and Centralization
10 (the "Motion for Transfer") with the United States Judicial Panel on Multidistrict Litigation
11 ("JPML"), seeking transfer and consolidation of multiple actions to the Northern District of Illinois
12 for consolidated pretrial proceedings, *see In re Trans Union, LLC Data Security Breach Litigation*,
13 MDL No. 3170 (J.P.M.L), Dkt. No. 1. On November 19, 2025, TransUnion filed a "Notice of Related
14 Actions" before the JPML in *In re: Trans Union, LLC*, identifying this action as related to the actions
15 previously identified in TransUnion's Motion for Transfer and subject to transfer to the proposed
16 MDL in the Northern District of Illinois. *See id.*, Dkt. No. 109.
17    WHEREAS, the responses to TransUnion's Motion for Transfer were due on October 20,
18 2025. TransUnion's reply to the responses was filed on October 27, 2025. *See In re Trans Union,*
19 *LLC*, MDL No. 3170 (J.P.M.L), Dkt. No. 79. TransUnion's Motion for Transfer is scheduled to be
20 heard during the JPML's December 4, 2025, hearing session. *See id.*, Dkt. No. 3.
21    WHEREAS, the requested time modification in the Stipulation would not affect any other
22 deadlines in this case.
23    WHEREAS, in light of the pending Motion for Transfer, the Parties have conferred and
24 jointly agree that there is good cause for the following extensions: (1) in the event the JPML denies
25 the Motion for Transfer, the deadline for TransUnion to answer or otherwise respond to the
26 Complaint shall be 30 days after issuance of the JPML's decision; (2) in the event the JPML grants
27 centralization, the deadline for TransUnion to answer or otherwise respond to the Complaint shall be
28 stayed pending further direction from the Multi-District Litigation ("MDL") Court; and (3) the Initial

Case Management Conference and accompanying deadlines should be continued until a later date to be determined by the Court pending the JPML's decision.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

1. In the event the JPML denies the Motion for Transfer, the deadline for TransUnion to answer or otherwise respond to the Complaint shall be 30 days after issuance of the JPML's decision;
2. In the event the JPML grants centralization, the deadline for TransUnion to answer or otherwise respond to the Complaint shall be stayed pending further direction from the MDL Court;
3. The Initial Case Management Conference and accompanying deadlines should be continued until a later date to be determined by the Court pending the JPML's decision; and
4. This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the parties.

IT IS SO STIPULATED.

DATED: November 26, 2025        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ *William E. Ridgway*
    William E. Ridgway
    Attorney for Defendant TransUnion LLC
    .

DATED: November 26, 2025        GIRARD SHARP LLP

By:  /s/ *Dena C. Sharp*
    Dena C. Sharp
    Attorney for Plaintiffs Sieb Milton, Michelle Garza, and Adriana Winkler

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/1/2025

_____
Hon. Haywood S. Gilliam, Jr.
U.S. District Judge